BLAKELEY LLP
David Mannion (Bar No. 288627)
dmannion@blakeleyllp.com
18500 Von Karman Ave, Suite 530
Irvine, California 92612
Telephone: (949) 260-0611
Fax: (949) 260-0613

Attorneys for Plaintiffs Brian Horowitz
and Creative Outdoor Distributors USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOROWITZ and CREATIVE OUTDOOR DISTRIBUTORS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YISHUN CHEN and ZHAOSHENG CHEN, <br><br> Defendants. | Case No. 8:17−cv−00432 AG (JCGx) <br><br> Hon. Andrew J. Guilford <br><br> **DECLARATION OF DAVID MANNION IN SUPPORT OF MOTION OF BLAKELEY LLP TO WITHDRAW AS PLAINTIFFS' COUNSEL** <br><br> Hearing Time: April 2, 2018 at 10:00 a.m. <br> Place: Courtroom 10D |
| ZHAOSHENG CHEN and YISHUN CHEN, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> BRIAN HOROWITZ and CREATIVE OUTDOOR DISTRIBUTORS USC, INC., and DOES 1-20, inclusive, <br><br> Counterclaim-Defendants. | Discovery Cut-off: July 5, 2018 <br> Trial Date: October 16, 2018 |

# DECLARATION OF DAVID MANNION

I, David Mannion, declare as follows:

1. I am licensed to practice in California and New York and I am admitted before this Court. I am an attorney at Blakeley LLP ("Blakeley"), attorneys of record for the Plaintiffs.[1] I respectfully submit this declaration in support of the Motion of Blakeley LLP to Withdraw as Plaintiffs' Counsel. I have personal knowledge of the following facts and, if called as a witness, could competently testify to them.

2. On November 29, 2017, I notified the Plaintiffs of their obligation under their retainer agreement to pay a deposit to cover trial fees by January 15, 2018. Blakeley later extended that date to February 26, 2018. On January 19, 2018, the Plaintiffs confirmed this deposit would be paid but it was not. Apart from failing to pay the deposit, the Plaintiffs owe Blakeley a substantial amount for unpaid fees which they have failed to pay in accordance with the terms of Blakeley's retainer agreement despite repeated requests.

3. The retainer agreement expressly permits Blakeley to withdraw as counsel if its fees are not paid.

4. On February 26, 2018, the Plaintiffs informed me that they were retaining new counsel. As far as I am aware, the Plaintiffs have retained Marc Forsythe (Cal. Bar. No. 153854) of Goe & Forsythe LLP and Darrell Gibby, Esq. of Gibby Law Firm, PLLC who will be appearing *pro hac vice*. Mr. Forsythe informed me that he would file a notice of appearance on or after March 9, 2018.

5. On February 27, 2018, I notified the Plaintiffs that unless new counsel appeared, Blakeley would be forced to file this motion and if Creative did not retain new counsel, a default judgment could be entered dismissing its claims and granting the defendants a default judgment on their counterclaims.

---

[1] Capitalized terms not defined herein have the same meaning as in the accompanying Memorandum of Points and Authorities.

6. Since November 29, 2017 onwards, Blakeley repeatedly notified the Plaintiffs, orally and in writing, that if they did not comply with their payment obligations under the retainer agreement, Blakeley would have to promptly withdraw.

7. Blakeley has provided all client files to the Plaintiffs and made the Plaintiffs' property available for collection.

8. A filed copy of Blakeley's motion to withdraw and supporting papers will be served on the Plaintiffs by email (which is how Blakeley normally communicates with them) and by first class mail.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2018 in New York, New York.

*/s/ David Mannion*
David Mannion