DARRELL W. GIBBY, Ark. Bar No. 2007307
903 SE 22nd Street, Suite, 4
Bentonville, AR 72712
(479)899-2857
gibbylaw@att.net

MARC C. FORSYTHE – State Bar No. 153854
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
Tel: (949)798-2460
Fax: (949) 955-9437
mforsythe@goeforlaw.com

Attorneys for Plaintiffs Brian Horowitz and
Creative Outdoor Distributors USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| **CREATIVE OUTDOOR DISTRIBUTORS USA, INC. AND BRIAN HOROWITZ,**<br><br>      **Plaintiffs,**<br><br>vs.<br><br>**YISHUN CHEN AND ZHAOSHENG CHEN,**<br><br>      **Defendants** | Case No.: 8:17-cv-00432 AG (DFMx)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS AGAINST YISHUN CHEN AND DAVID LIN** |

Hearing Date:   June 4, 2019
Time:                10:00 a.m.
Courtroom:      6B

PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS AGAINST YISHUN CHEN AND DAVID LIN - 1

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 4, 2019, or soon thereafter as may be heard, before the Honorable Douglas F. McCormick in Courtroom 6B of the above-entitled court, located at 411 West 4th Street, Santa Ana, California 92701, counsel for Plaintiffs Creative Outdoor Distributors USA, Inc. and Brian Horowitz by their attorneys, will move, pursuant to Fed. R. Civ. P. 30(d)(2) and 37(b)(2)(A) and this Court's inherent authority, for an order sanctioning Yishun Chen and his attorney David Lin for misconduct that impeded, delayed, and frustrated the fair deposition examination of Yishun Chen resulting in severe prejudice to Plaintiffs.

Plaintiffs' motion is based on this Notice of Motion, as well as their accompanying Plaintiffs/Counter-Defendants and Defendants/Counter-Claimants' Stipulation to Local Rule 37-2 Re Plaintiffs/Counter-Defendants' Motion for Sanctions Against Yishun Chen and David Lin for Improper Coaching and Off-the-record Conferences During the November 8-9, 2018 Depositions, which includes Movants and Respondents' Contentions and Points and Authorities, the pleadings and papers on file in this action, and such other further argument and evidences as the Court may consider.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 14, 2019.

PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS AGAINST YISHUN CHEN AND DAVID LIN - 2

Dated: May 1, 2019        Respectively Submitted,

CREATIVE OUTDOOR DISTRIBUTORS USA, INC.
and BRIAN HOROWITZ,
Plaintiffs

By:   /s/ Darrell W. Gibby
      Darrell W. Gibby, Attorney for Plaintiffs

      /s/Marc C. Forsythe
      Marc C. Forsythe, Attorney for Plaintiffs

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS AGAINST YISHUN CHEN AND DAVID LIN** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 1, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) May 1, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 1, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Douglas F. McCormick, USDC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2019 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS AGAINST YISHUN CHEN AND DAVID LIN - 4


**Mailing Information for a Case 8:17-cv-00432-AG-DFM Brain Horowitz et al v. Yishun Chen et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Joseph Diedrich**
  p.diedrich@mpglaw.com,d.dutra@mpglaw.com
- **Marc C Forsythe**
  mforsythe@goeforlaw.com,kmurphy@goeforlaw.com
- **Darrell W Gibby**
  Dgibby417@gmail.com
- **David S Lin**
  dlinlaw@sbcglobal.net,dlinlawoffice@att.net
- **MacSports Inc. d/b/a/ Mac Sports**
  p.diedrich@mpglaw.com
- **Tofasco of America, Inc.**
  p.diedrich@mpglaw.com
- **Gary F Wang**
  garywang@gfwanglaw.com,gfwlaw@yahoo.com,gfwang@gmail.com