Gary F. Wang (SBN 195656)
garywang@gfwanglaw.com
Law Offices of Gary F. Wang
448 South Pasadena Avenue
Pasadena, California 91105-1838
Telephone: (626) 585-8001
Facsimile: (626) 585-8002

Attorney for Defendants
KEVIN XIA and EVERYDAYSPORTS
OUTDOOR CORPORATION
dba Wonderfold Outdoors

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOROWITZ, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> YISHUN CHEN, *et al* <br><br> Defendants. <br><br>―――――――――――――― <br> AND RELATED COUNTERCLAIMS <br>―――――――――――――― | Case No. 8:17-cv-00432 FLA (DFMx) <br><br> **CROSS-CLAIMANTS KEVIN XIA AND EVERYDAYSPORTS OUTDOOR CORPORATION'S EVIDENTIARY OBJECTIONS TO CROSS-DEFENDANT, YUE ZHANG'S EXHIBITS FILED IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT** <br><br> Date: July 30, 2021 <br> Time: 1:30 pm <br> Courtroom: 6B <br><br> Assigned to Hon. Fernando L. Aenlle-Rocha <br><br> Pretrial Conference: October 29, 2021 <br> Trial: November 9, 2021 |

Cross-Claimants Kevin Xia and Everydaysports Outdoor Corporation (collectively "Cross-Claimants Xia") hereby submit the following objections to Cross-Defendants, Yue Zhang and Caliber Legal PC (collectively "Cross-Defendants Zhang") exhibits submitted as supporting evidence in Cross-Defendants Zhang's Motion for Summary Judgment. Cross-Claimants hereby move this Court

CROSS-CLAIMANTS KEVIN XIA and
EVERYDAYSPORTS OUTDOOR CORP.
EVIDENTIARY OBJECTIONS TO
CROSS-DEFENDANT YUE ZHANG'S
EXHIBITS TO SUPPORT HIS MSJ
Case No. 8:17-cv-00432 FLA (DFMx)

to strike all evidence in accordance with the following raised objections.

| Exhibit No. | Objection | Ruling |
|---|---|---|
| Exhibit 2 in its entirety. | Objection, entire exhibit is unauthenticated. Fed. R. Evid. R. 901(a); Local Rule 7-6. The exhibit is not in English and was not authenticated in accordance with 28 U.S. § 1746, as it is not named in the Declaration of Vikram Sohal. Objection, exhibit is not relevant to the issues of statute of limitations Fed. R. Evid. R. 401. | 1. Sustained 2. Overruled |
| Exhibit 3 in its entirety. | Objection, entire exhibit is unauthenticated. Fed. R. Evid. R. 901(a); Local Rule 7-6. The exhibit was not authenticated in accordance with 28 U.S. § 1746, as it is not named in the Declaration of Vikram Sohal. Objection, exhibit is not relevant to the issues of statute of limitations Fed. R. Evid. R. 401. | 1. Sustained 2. Overruled |
| Exhibit 7 in its | Objection, entire exhibit is unauthenticated. | 1. Sustained |

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

CROSS-CLAIMANTS KEVIN XIA and
EVERYDAYSPORTS OUTDOOR CORP.
EVIDENTIARY OBJECTIONS TO
CROSS-DEFENDANT YUE ZHANG'S
EXHIBITS TO SUPPORT HIS MSJ
Case No. 8:17-cv-00432 FLA (DFMx)

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

| | | |
|---|---|---|
| entirety. | Fed. R. Evid. R. 901(a); Local Rule 7-6. The exhibit is not entirely in English and was not authenticated in accordance with 28 U.S. § 1746, as it is not named in the Declaration of Vikram Sohal. Objection, exhibit is not relevant to the issues of state of limitations. Fed. R. Evid. R. 401. | 2. Overruled |
| Exhibit 8 in its entirety. | Objection, entire exhibit is unauthenticated. Fed. R. Evid. R. 901(a); Local Rule 7-6. The exhibit was not authenticated in accordance with 28 U.S. § 1746, as it is not named in the Declaration of Vikram Sohal. Objection, exhibit is not relevant to the issues of statute of limitations. Fed. R. Evid. R. 401. | 1. Sustained 2. Overruled |
| Exhibit 9 in its entirety. | Objection, entire exhibit is unauthenticated. Fed. R. Evid. R. 901(a); Local Rule 7-6. The exhibit was not authenticated in accordance with 28 U.S. § 1746, as it is not | 1. Sustained 2. Overruled |

3

CROSS-CLAIMANTS KEVIN XIA and
EVERYDAYSPORTS OUTDOOR CORP.
EVIDENTIARY OBJECTIONS TO
CROSS-DEFENDANT YUE ZHANG'S
EXHIBITS TO SUPPORT HIS MSJ
Case No. 8:17-cv-00432 FLA (DFMx)

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

| | | |
|---|---|---|
| | named in the Declaration of Vikram Sohal. Objection, exhibit is not relevant to the issues of statute of limitations. Fed. R. Evid. R. 401. | |
| Exhibit 12 in its entirety. | Objection, entire exhibit is unauthenticated. Fed. R. Evid. R. 901(a); Local Rule 7-6; Cross-Defendants claim that this document was produced in Cross-Claimant Kevin Xia's response to discovery, however, it is impossible to determine if it is the same document and the same pages since the bates stamps have been removed. Objection, exhibit is not relevant to the issues of statute of limitations. Fed. R. Evid. R. 401. | 1. Sustained 2. Overruled |
| Exhibit 13 in its entirety. | Objection, entire exhibit is unauthenticated. Fed. R. Evid. R. 901(a); Local Rule 7-6; Cross-Defendants claim that this document is the translation of Exhibit 12, which they claim was produced in Cross-Claimant | 1. Sustained 2. Overruled |

4

CROSS-CLAIMANTS KEVIN XIA and
EVERYDAYSPORTS OUTDOOR CORP.
EVIDENTIARY OBJECTIONS TO
CROSS-DEFENDANT YUE ZHANG'S
EXHIBITS TO SUPPORT HIS MSJ
Case No. 8:17-cv-00432 FLA (DFMx)

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

| | |
|---|---|
| Kevin Xia's response to discovery, however, it is impossible to determine if the same document was translated as the bates stamps have been removed. Objection, exhibit is not relevant to the issues of statute of limitations. Fed. R. Evid. R. 401. | |

DATED: July 9, 2021         LAW OFFICES OF GARY F. WANG

By:   /s/Gary F. Wang
        GARY F. WANG
        Attorneys for Defendants,
        KEVIN XIA and EVERYDAYSPORTS
        OUTDOOR CORPORATION, dba
        Wonderfold Outdoors

5

CROSS-CLAIMANTS KEVIN XIA and
EVERYDAYSPORTS OUTDOOR CORP.
EVIDENTIARY OBJECTIONS TO
CROSS-DEFENDANT YUE ZHANG'S
EXHIBITS TO SUPPORT HIS MSJ
Case No. 8:17-cv-00432 FLA (DFMx)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4.7.2 on July 9, 2021.

                                      /s/Gary F. Wang
                                      Gary F. Wang

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

6

CROSS-CLAIMANTS KEVIN XIA and
EVERYDAYSPORTS OUTDOOR CORP.
EVIDENTIARY OBJECTIONS TO
CROSS-DEFENDANT YUE ZHANG'S
EXHIBITS TO SUPPORT HIS MSJ
Case No. 8:17-cv-00432 FLA (DFMx)